# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ARISTOTLE LYONS, | ) Case No. CV 11-3907-JHN (DTB) |
| Petitioner, | ) **J U D G M E N T** |
| vs. | ) |
| HON. CHET L. TAYLOR, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

Dated: June 2, 2011

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE